■ In the Matter of the Arbitration between EMILE REGNIERS Co. (USA) INC., Appellant, and ECONOMY MILLS, INC., Respondent.— Order, entered on August 26, 1960, denying petitioner-appellant's motion to stay arbitration pursuant to section 1458 of the Civil Practice Act, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ JOSEPH W. LITTMAN, Plaintiff, v. BACHE & Co., Defendant. In the Matter of JOSEPH W. LITTMAN, Appellant, v. GROSSMAN & GROSSMAN, Respondents.— Order, entered on June 29, 1960, as denies petitioner's application for the turnover of moneys and property, under article 15 of the Judiciary Law (§§ 474, 475) by his attorneys, and denies a hearing on the contested issues of fact, except so much thereof as directed the respondent attorneys to turn over the sum of $6,250 to plaintiff, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ V. P. MASON, INC., Plaintiff, and GRAMERCY CONSTRUCTION CORP., Appellant, v. AETNA INSURANCE COMPANY et al., Defendants, and V. P. MASON, INC., Respondent. AETNA INSURANCE COMPANY et al., Defendants and Third-Party Plaintiffs, v. GRAMERCY CONSTRUCTION CORP., Third-Party Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. CHASE MANHATTAN BANK, Respondent. CHASE MANHATTAN BANK, Third-Party Plaintiff-Respondent, v. MANUFACTURERS TRUST COMPANY, Third-Party Defendant-Respondent. MANUFACTURERS TRUST COMPANY, Third-Party Plaintiff-Respondent, v. DOLLAR SAVINGS BANK, Third-Party Defendant-Respondent. — Order, entered on November 25, 1958, as resettled by order entered on November 18, 1959, denying plaintiff's motion for an order striking out the answer of the defendant and granting plaintiff summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ EDWARD STEARNS, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.— Order, entered on February 19, 1960, denying plaintiff's motion for summary judgment and an assessment of damages, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. [See 24 Misc 2d 216.]

■ In the Matter of the Estate of ELIZABETH SZABO, Deceased. WOLF-GANG S. SZABO, Appellant; HONEY WIESEL, as Executrix of ELIZABETH SZABO, Deceased, et al., Respondents.— Order, entered on April 5, 1960, upon an application made under the provisions of section 206-a of the Surrogate's Court Act, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of PAULINE S. BRESNICK et al., Appellants, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Final order, entered on or about October 5, 1959, reducing the assessments on the petitioners' real property for the tax years 1956–57, 1957–58, 1958–59 and 1959–60, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ.